December 27, 1907, reversing an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial in an action to set aside a certain deed of gift and for an accounting.

*Howard Taylor, William Williams* and *William B. Anderson* for appellant.

*L. A. Gould* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.

---

CHARLES W. BOSTWICK, as Receiver of THE ALBANY AND HUDSON RAILWAY AND POWER COMPANY, Appellant, *v* ALDEN M. YOUNG et al., Respondents.

*Bostwick* v. *Young*, 118 App. Div. 490, affirmed.
(Argued December 3, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 2, 1907, affirming a final judgment in favor of defendant entered upon a decision of the court at Special Term sustaining demurrers to the complaint in an action to recover from the defendants the amount of certain stock subscription alleged to be due and unpaid.

*Samuel B. Coffin* for appellant.

*Frank B. Church* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.